(110 So. 917)

Abe BERRY v. STATE. (6 Div. 48.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

BRICKEN, P. J. The grand jury returned an indictment against this appellant, which charged him with a violation of the prohibition law. He was tried by the court without a jury, and was convicted. The court sentenced the defendant to hard labor for the county. From the judgment of conviction he appeals, and here insists that the court erred in its rulings upon the admission of evidence, and also in its rendition of the judgment of guilt. There is no merit whatever in either of these insistences. The rulings of the court upon the admission of evidence were correct, and the evidence was sufficient to justify the court in the conviction of the defendant. The judgment of conviction will stand affirmed. Affirmed.

---

(108 So. 921)

Clarence BETHUNE v. STATE. (8 Div. 833.) (Court of Appeals of Alabama. April 6, 1926.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. O. M. Raines, of Scottsboro, for appellant. Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for unlawfully carrying a pistol about his person, the defendant appealed. No questions are presented, by the bill of exceptions, for the consideration of this court. The record proper is regular and without error. Affirmed.

---

(110 So. 918)

Buster BICKLEY, alias, etc., v. STATE. (5 Div. 624.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Elmore County; Geo. F. Smoot, Judge.

RICE, J. Appeal dismissed.

---

(106 So. 914)

James V. BINGHAM v. STATE. (7 Div. 171.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

---

(108 So. 921)

John BLACKSTON, alias, etc., v. STATE. (6 Div. 971.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(108 So. 921)

Elmer BLACKWELL v. STATE. (5 Div. 610.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Assault and battery.

SAMFORD, J. Appeal dismissed.

---

(110 So. 918)

W. P. BOGGS v. STATE. (6 Div. 36.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

RICE, J. Appeal dismissed.

---

(108 So. 921)

Will BOLAND v. STATE. (6 Div. 934.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Burglary.

RICE, J. Affirmed.

---

(110 So. 918)

Patton BOOTH v. STATE. (6 Div. 998.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

---

(106 So. 914)

Mack BOSWELL v. STATE. (5 Div. 560.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Assault and battery.

RICE, J. Affirmed.

---

(110 So. 918)

Melrose BRANDON v. STATE. (6 Div. 122.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Pickens County; John McKinley, Judge. Distilling.

RICE, J. Affirmed.

---

(108 So. 921)

Ned BRASFIELD, alias, etc., v. STATE. (6 Div. 979.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Second degree manslaughter.

BRICKEN, P. J. Appeal dismissed.